724 A.2d 797

IN THE MATTER OF FELICE F. MISCHEL, AN ATTORNEY AT LAW.

March 12, 1999.

### ORDER

**FELICE F. MISCHEL** of NEW YORK, NEW YORK, who was admitted to the bar of this State in 1980, having pleaded guilty to a violation of New York State Penal Law Section 175.35, offering a false instrument for filing in the first degree, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **FELICE F. MISCHEL** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **FELICE F. MISCHEL** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **FELICE F. MISCHEL** comply with *Rule* 1:20–20 dealing with suspended attorneys.